**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK AND LONG ISLAND
on behalf of CONSTRUCTION & GENERAL
BUILDING LABORERS LOCAL 79,

                Petitioners,         20 **CIVIL** 9299 (VEC)

      -against-               **JUDGMENT**

AIR CONSTRUCTION CORP.,
              Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 3, 2021, the petition to confirm arbitration is GRANTED. Judgment is entered in Petitioners favor in the amount of $11,194.96, plus $1,800.00 in legal fees owed to the arbitrator, totaling $12,994.96; accordingly, the case is closed**.**

**Dated**: New York, New York
       February 3, 2021

                              **RUBY J. KRAJICK**
                              _____
                              **Clerk of Court**
    **BY:**    *K. Mango*
                              _____
                              **Deputy Clerk**